In the Matter of the Application of SYDNEY HOFFMAN for Admission to Practice as an Attorney. (From the State of Delaware.) — ▮ Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

In the Matter of the Application of FRANK R. LYON, JR., for Admission to Practice as an Attorney. (From the State of West Virginia.) ▮ ▮ Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

In the Matter of the Application of H. DON REYNOLDS for Admission to Practice as an Attorney. (From the State of Illinois.) ▮ Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

In the Matter of the Application of JOHN E. WALSH, JR., for Admission to Practice as an Attorney. (From the State of Pennsylvania.) — ▮ ▮ Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

In the Matter of FRANK X. SMITH et al., Respondents, against CHARLES P. SULLIVAN, Appellant, and JOHN T. SULLIVAN et al., Respondents.— ▮ ▮ Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ., concur.